Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

RORY L. PERRY II
300 Virginia Street East #2400
Charleston, WV 25301-2523



FILED
FEB 2 6 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| **Control Number:** 214515 | **Agent:** Corporation Service Company |
| **Defendant:** RK HOLDINGS LLP<br>209 West Washington Street<br>Charleston, WV 25302 US | **County:** Federal |
| | **Civil Action:** 2:18-CV-00269 |
| | **Certified Number:** 92148901125134100002267718 |
| | **Service Date:** 2/23/2018 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office**.

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| FRANK KENNETH MILLER, JR., <br><br> *Plaintiff(s)* <br> v. <br> COBRA ENTERPRISES OF UTAH, INC. dba Cobra Firearms, a UT corp.; and RK HOLDINGS LLP dba RURAL KING HOLDINGS, LLP, an IL ltd liability partnership authorized to do business in WV, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18-cv-00269 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RK Holdings LLP d/b/a Rural King Holdings, LLP, an Illinois limited liability partnership authorized to do business in the State of WV
c/o Registered Agent - Don Davis
4216 Dewitt Avenue
Mattoon, IL 61938

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  L. Lee Javins, II, Esq.
Bailey Javins & Carter LC
213 Hale Street
Charleston, WV 25301
(304) 345-0346

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/8/2018

s/Rory L. Perry
*Signature*