Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

RORY L. PERRY II
300 Virginia Street East #2400
Charleston, WV 25301-2523



**Control Number:** 214514

**Defendant:** COBRA ENTERPRISES OF UTAH INC.
1960 S. MILESTONE DR. STE F
SALT LAKE CITY, UT 84104 US

**Agent:** REGISTERED AGENT-WILFORD P. GENTRY
**County:** Federal
**Civil Action:** 2:18-CV-00269
**Certified Number:** 92148901125134100002267701
**Service Date:** 2/23/2018

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| FRANK KENNETH MILLER, JR.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>COBRA ENTERPRISES OF UTAH, INC. dba Cobra Firearms, a Utah corp.; and RK HOLDINGS LLP dba RURAL KING HOLDINGS, LLP, an IL ltd. liability partnership authorized to do business in WV,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:18-cv-00269<br>)<br>)<br>)<br>)<br>) |

ACCEPTED FOR SERVICE OF PROCESS 2018 FEB 23 P 1:17 SECRETARY OF STATE STATE OF WEST VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cobra Enterprises of Utah, Inc. d/b/a Cobra Firearms, a Utah corporation
c/o Registered Agent - Wilford P. Gentry
1960 S. Milestone Dr., Ste. F
Salt Lake City, UT 84104

A lawsuit has been filed against you.



Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  L. Lee Javins, II, Esq.
Bailey Javins & Carter LC
213 Hale Street
Charleston, WV 25301
(304) 345-0346

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/8/2018         s/Rory L. Perry
                        *Signature*