IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FRANK KENNETH MILLER, JR.,

    Plaintiff,

v.                                      CIVIL ACTION NO. 2:18-cv-00269
                                        (Judge: Johnston)

COBRA ENTERPRISES OF
UTAH, INC. d/b/a Cobra Firearms,
a Utah corporation; and RK HOLDINGS
LLP d/b/a RURAL KING HOLDINGS,
LLP, an Illinois limited liability
partnership authorized to do business
in the State of West Virginia,

    Defendants.

**AFFIDAVIT OF TAYLOR M. NORMAN**

I, Taylor M. Norman, being over the age of 18 years, and duly-admitted to practice law in the State of West Virginia, and having been duly sworn say the following are true and correct:

1. On February 6, 2018, I filed a civil Complaint on behalf of Frank Kenneth Miller, Jr. (Docket No. 1).

2. On February 23, 2018, the Plaintiff effected service of process of the Complaint and Summons on Defendant Cobra Enterprises of Utah, Inc. through the West Virginia Secretary of State's Office. *See West Virginia Secretary of State Service of Process* attached as *Exhibit A*.

3. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the deadline for Defendant Cobra Enterprises of Utah, Inc. to respond to Plaintiff's Complaint was March 17, 2018.

4. More than twenty-one (21) days has passed since the service of Plaintiff's Complaint on Defendant Cobra Enterprises of Utah, Inc. without evidence of an answer or any other defense on behalf of Defendant Cobra Enterprises of Utah, Inc.

5. Upon information and belief, Defendant Cobra Enterprises of Utah, Inc. is not a minor, incompetent or currently confined in the penitentiary of any state. Therefore, default should be entered for the Plaintiff.

6. This matter is not for a sum certain or for a sum that can be made certain by computation under Federal Rules of Civil Procedure Rule 55(b).

FURTHER AFFIANT SAITH NAUGHT.

_____
TAYLOR M. NORMAN

Taken, subscribed and sworn to before me this 26th day of March, 2018.

My Commission Expires: 9.3.2022

_____
NOTARY PUBLIC

OFFICIAL SEAL
Brooke Wallace
Notary Public
State of West Virginia
My Commission Expires
September 03, 2022
170 Sunset Dr
Charleston, WV 25301

{SEAL}

## Defendant details

### Civil action #

2:18-CV-00269 (/business/service-of-process/Home/Search?CivilActionNumber=2%3A18-CV-00269)

### Defendant

COBRA ENTERPRISES OF UTAH INC. (/business/service-of-process/Home/Search?DefendantName=COBRA%20ENTERPRISES%20OF%20UTAH%20INC.)

### Agent

REGISTERED AGENT-WILFORD P. GENTRY

### Country

US - UNITED STATES

### County

Federal

### Service date

Friday, February 23, 2018

### Certified number

92148901125134100002267701

### Delivery date

Unknown

### USPS status

The USPS has not yet provided a status.

### City/State/Zip

SALT LAKE CITY, UT 84104

### Was delivered

No

### Signature image



IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FRANK KENNETH MILLER, JR.,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:18-cv-00269
                                       (Judge: Johnston)

COBRA ENTERPRISES OF
UTAH, INC. d/b/a Cobra Firearms,
a Utah corporation; and RK HOLDINGS
LLP d/b/a RURAL KING HOLDINGS,
LLP, an Illinois limited liability
partnership authorized to do business
in the State of West Virginia,

    Defendants.

**CERTIFICATE OF SERVICE**

I, Taylor M. Norman, counsel for Plaintiff, hereby certify that on the **27th** day of **March, 2018**, I electronically filed the AFFIDAVIT OF TAYLOR M. NORMAN with the Clerk of the Court using the CM/ECF System, which will send notification to counsel of record.

                                                   /s/ Taylor M. Norman
                                                   L. Lee Javins (WVSB No. 6613)
                                                   Taylor M. Norman (WVSB No. 13026)
                                                   Bailey Javins & Carter LC
                                                   213 Hale Street
                                                   Charleston, WV 25301
                                                   Telephone: (304) 345-0346
                                                   Facsimile: (304) 345-0375
                                                   ljavins@bjc4u.com
                                                   tnorman@bjc4u.com