IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FRANK KENNETH MILLER, JR.,

    Plaintiff,

v.                                                  Civil Action No. 2:18-cv-00269

COBRA ENTERPRISES OF UTAH, INC.,
and RK HOLDINGS LLP,

    Defendants.

**ENTRY OF DEFAULT BY CLERK**

Pursuant to the provisions of Rule 55(a) of the Federal Rules of Civil Procedure, the verified request of counsel for plaintiff (ECF No. 9), and the records of this Court reflecting that more than twenty-one (21) days have elapsed since the Defendant, COBRA ENTERPRISES OF UTAH, INC., was duly served, and having failed to answer or otherwise plead to the complaint;

It is ADJUDGED that the Defendant, COBRA ENTERPRISES OF UTAH, INC., is in default, and that the plaintiff shall have and recover of the said defendant as the plaintiff shall provide to the Court.

Dated this 28th day of March, 2018.

                                              RORY L. PERRY, II, CLERK OF COURT

                                          By: _/s/ Jine Smith_____
                                                       Deputy Clerk