

1016 6th Avenue
Huntington, WV 25701

Phone (304) 522-8770
Fax   (304) 522-8771
www.rufusandmiller.com

*Via Electronic Mail*

May 9, 2019

Taylor M. Norman, Esq.
Bailey, Javins & Carter, L.C.
213 Hale St.
Charleston, WV 25301

      Re:   *Frank Kenneth Miller, Jr. v. Cobra Enterprises of Utah, Inc., et al.*
             *Civil Action No. 2:18-cv-00269*

Dear Mr. Norman:

Pursuant to your request, I present herein my present value analysis of the life care plan for Frank Miller. The purpose of this analysis is to determine the present value of the projected future care costs identified in the life care plan.

### Foundational Facts & Assumptions

1. **Life Care Plan.** The subject life care plan is presented in a report by RGB Medical, Inc. dated November 19, 2018.

2. **Date of Birth.** Mr. Miller is a white male born on April 24, 1965.

3. **Date of Injury.** Mr. Miller was injured on June 25, 2017.

4. **Valuation Date.** The present value of the life care plan is calculated as of April 30, 2019.

5. **Life Expectancy.** Mr. Miller's life expectancy is age 81, as presented in the life care plan.

6. **Cost Assumptions.** When costs are presented as a range, the mid-point is used.



PLAINTIFF'S EXHIBIT A

7. **Projection Method.** The constant-dollar method is employed to project future costs. Under this method, the growth rate is incorporated into the discount rate rather than directly applied to the future cash flows.

8. **Discount Rate.** The net discount rate employed to discount future dollars to present value is calculated as the difference between the 20-year historical averages of the risk-free rate (represented by the yield on 10-year Treasury bonds) and inflation (measured by the annual change in sub-indices of the CPI-U index), as summarized in Table 1.

**Table 1**
**Net Discount Rates**

| CPI-U Sub-Index | Cost Category | NDR |
|---|---|---|
| Services by Other Medical Professionals | Therapy | 1.47% |
| Medical Care Commodities | Equipment | 0.96% |
| Domestic Services | Home Care | 1.03% |
| Physician Services | Physician Care | 1.08% |
| Aggregate CPI-U Index | Miscellaneous | 1.36% |

*Present Value Conclusion*

Given the above facts and assumptions, the present value of the life care plan is **$704,399**, as summarized in Table 2 and Exhibit A.

**Table 2**
**Present Value Summary**

| Cost Category | Present Value | Exhibit |
|---|---|---|
| Therapy | $108,579 | B |
| Physician Care | $14,135 | C |
| Equipment | $28,523 | D |
| Home Care | $495,827 | E |
| Miscellaneous | $57,336 | F |
| Total | $704,399 | |

This opinion is presented within a reasonable degree of professional certainty.

I have no present or contemplated financial interest in the outcome of this matter. My fee is based on my normal hourly billing rate and is in no way contingent on the results of my findings.

I reserve the right to amend this report as new information is received.

Respectfully submitted,

Dr. Laura Savory Miller, CFA, CVA

Enclosures

Frank Miller
Present Value of Life Care Plan
Summary

| Year End | Therapy | Physician Care | Equipment | Home Care | Misc. | Total PV | Cumulative PV |
|---|---|---|---|---|---|---|---|
| 4/30/20 | 6,579.54 | 581.69 | - | 8,343.92 | 40,845.75 | 56,350.91 | 56,350.91 |
| 4/30/21 | 6,484.47 | 575.46 | - | 8,258.72 | - | 15,318.65 | 71,669.56 |
| 4/30/22 | 4,380.50 | 569.29 | 11.76 | 8,174.39 | - | 13,135.94 | 84,805.51 |
| 4/30/23 | 4,317.20 | 563.18 | - | 8,090.93 | - | 12,971.31 | 97,776.82 |
| 4/30/24 | 4,254.83 | 557.14 | - | 8,008.31 | - | 12,820.28 | 110,597.10 |
| 4/30/25 | 4,193.35 | 551.17 | 11.43 | 7,926.54 | - | 12,682.49 | 123,279.59 |
| 4/30/26 | 4,132.76 | 545.26 | - | 7,845.60 | - | 12,523.62 | 135,803.21 |
| 4/30/27 | 4,073.05 | 539.41 | - | 7,765.49 | - | 12,377.95 | 148,181.16 |
| 4/30/28 | 4,014.19 | 533.63 | 11.11 | 7,686.20 | - | 12,245.13 | 160,426.29 |
| 4/30/29 | 3,956.19 | 527.91 | - | 7,607.71 | 516.48 | 12,608.29 | 173,034.58 |
| 4/30/30 | 3,899.03 | 522.25 | - | 7,530.03 | - | 11,951.31 | 184,985.89 |
| 4/30/31 | 3,842.70 | 516.65 | 5,353.39 | 7,453.14 | - | 17,165.87 | 202,151.76 |
| 4/30/32 | 3,787.17 | 511.11 | - | 14,937.85 | - | 19,236.13 | 221,387.89 |
| 4/30/33 | 3,732.45 | 505.63 | - | 14,785.32 | - | 19,023.40 | 240,411.29 |
| 4/30/34 | 3,678.52 | 500.20 | 4,894.94 | 14,634.35 | 15,522.15 | 39,230.17 | 279,641.46 |
| 4/30/35 | 3,625.37 | 494.84 | - | 14,484.92 | - | 18,605.13 | 298,246.59 |
| 4/30/36 | 3,572.99 | 489.53 | - | 14,337.02 | - | 18,399.54 | 316,646.13 |
| 4/30/37 | 3,521.36 | 484.29 | 4,757.15 | 14,190.62 | - | 22,953.42 | 339,599.55 |
| 4/30/38 | 3,470.48 | 479.09 | - | 14,045.72 | - | 17,995.30 | 357,594.85 |
| 4/30/39 | 3,420.34 | 473.96 | - | 13,902.30 | 451.35 | 18,247.95 | 375,842.80 |
| 4/30/40 | 3,370.92 | 468.87 | 4,623.25 | 13,760.35 | - | 22,223.39 | 398,066.19 |
| 4/30/41 | 3,322.21 | 463.85 | - | 13,619.84 | - | 17,405.90 | 415,472.09 |
| 4/30/42 | 3,274.21 | 458.87 | - | 44,185.66 | - | 47,918.74 | 463,390.83 |
| 4/30/43 | 3,226.90 | 453.95 | 4,493.11 | 43,734.48 | - | 51,908.45 | 515,299.28 |
| 4/30/44 | 3,180.28 | 449.08 | - | 43,287.91 | - | 46,917.27 | 562,216.55 |
| 4/30/45 | 3,134.33 | 444.27 | - | 42,845.90 | - | 46,424.50 | 608,641.05 |
| 4/30/46 | 3,089.04 | 439.50 | 4,366.64 | 42,408.41 | - | 50,303.59 | 658,944.64 |
| 4/30/47 | 3,044.41 | 434.79 | - | 41,975.38 | - | 45,454.58 | 704,399.22 |
| Totals | 108,578.80 | 14,134.87 | 28,522.79 | 495,827.03 | 57,335.73 | 704,399.22 | |


EXHIBIT A

Frank Miller
Present Value of Life Care Plan
Therapy

Net Discount Rate    1.47%

| Year End | Physical Therapy Initial Visit | Physical Therapy Follow-up Visit | Psychological Care | Total | PV Total | Cumulative PV |
|---|---|---|---|---|---|---|
| 4/30/20 | 229.00 | 4,347.00 | 2,100.00 | 6,676.00 | 6,579.54 | 6,579.54 |
| 4/30/21 | 229.00 | 4,347.00 | 2,100.00 | 6,676.00 | 6,484.47 | 13,064.01 |
| 4/30/22 | 229.00 | 4,347.00 | | 4,576.00 | 4,380.50 | 17,444.51 |
| 4/30/23 | 229.00 | 4,347.00 | | 4,576.00 | 4,317.20 | 21,761.71 |
| 4/30/24 | 229.00 | 4,347.00 | | 4,576.00 | 4,254.83 | 26,016.54 |
| 4/30/25 | 229.00 | 4,347.00 | | 4,576.00 | 4,193.35 | 30,209.89 |
| 4/30/26 | 229.00 | 4,347.00 | | 4,576.00 | 4,132.76 | 34,342.65 |
| 4/30/27 | 229.00 | 4,347.00 | | 4,576.00 | 4,073.05 | 38,415.69 |
| 4/30/28 | 229.00 | 4,347.00 | | 4,576.00 | 4,014.19 | 42,429.89 |
| 4/30/29 | 229.00 | 4,347.00 | | 4,576.00 | 3,956.19 | 46,386.08 |
| 4/30/30 | 229.00 | 4,347.00 | | 4,576.00 | 3,899.03 | 50,285.12 |
| 4/30/31 | 229.00 | 4,347.00 | | 4,576.00 | 3,842.70 | 54,127.81 |
| 4/30/32 | 229.00 | 4,347.00 | | 4,576.00 | 3,787.17 | 57,914.98 |
| 4/30/33 | 229.00 | 4,347.00 | | 4,576.00 | 3,732.45 | 61,647.44 |
| 4/30/34 | 229.00 | 4,347.00 | | 4,576.00 | 3,678.52 | 65,325.96 |
| 4/30/35 | 229.00 | 4,347.00 | | 4,576.00 | 3,625.37 | 68,951.33 |
| 4/30/36 | 229.00 | 4,347.00 | | 4,576.00 | 3,572.99 | 72,524.32 |
| 4/30/37 | 229.00 | 4,347.00 | | 4,576.00 | 3,521.36 | 76,045.68 |
| 4/30/38 | 229.00 | 4,347.00 | | 4,576.00 | 3,470.48 | 79,516.17 |
| 4/30/39 | 229.00 | 4,347.00 | | 4,576.00 | 3,420.34 | 82,936.51 |
| 4/30/40 | 229.00 | 4,347.00 | | 4,576.00 | 3,370.92 | 86,307.43 |
| 4/30/41 | 229.00 | 4,347.00 | | 4,576.00 | 3,322.21 | 89,629.64 |
| 4/30/42 | 229.00 | 4,347.00 | | 4,576.00 | 3,274.21 | 92,903.85 |
| 4/30/43 | 229.00 | 4,347.00 | | 4,576.00 | 3,226.90 | 96,130.75 |
| 4/30/44 | 229.00 | 4,347.00 | | 4,576.00 | 3,180.28 | 99,311.03 |
| 4/30/45 | 229.00 | 4,347.00 | | 4,576.00 | 3,134.33 | 102,445.36 |
| 4/30/46 | 229.00 | 4,347.00 | | 4,576.00 | 3,089.04 | 105,534.40 |
| 4/30/47 | 229.00 | 4,347.00 | | 4,576.00 | 3,044.41 | 108,578.80 |
| Totals | 6,412.00 | 121,716.00 | 4,200.00 | 132,328.00 | 108,578.80 | |


EXHIBIT B

Frank Miller
Present Value of Life Care Plan
Physician Care

Net Discount Rate    1.08%

| Year End | Physiatry | Total | PV Total | Cumulative PV |
|---|---|---|---|---|
| 4/30/20 | 588.00 | 588.00 | 581.69 | 581.69 |
| 4/30/21 | 588.00 | 588.00 | 575.46 | 1,157.15 |
| 4/30/22 | 588.00 | 588.00 | 569.29 | 1,726.44 |
| 4/30/23 | 588.00 | 588.00 | 563.18 | 2,289.62 |
| 4/30/24 | 588.00 | 588.00 | 557.14 | 2,846.77 |
| 4/30/25 | 588.00 | 588.00 | 551.17 | 3,397.94 |
| 4/30/26 | 588.00 | 588.00 | 545.26 | 3,943.20 |
| 4/30/27 | 588.00 | 588.00 | 539.41 | 4,482.61 |
| 4/30/28 | 588.00 | 588.00 | 533.63 | 5,016.24 |
| 4/30/29 | 588.00 | 588.00 | 527.91 | 5,544.14 |
| 4/30/30 | 588.00 | 588.00 | 522.25 | 6,066.39 |
| 4/30/31 | 588.00 | 588.00 | 516.65 | 6,583.04 |
| 4/30/32 | 588.00 | 588.00 | 511.11 | 7,094.14 |
| 4/30/33 | 588.00 | 588.00 | 505.63 | 7,599.77 |
| 4/30/34 | 588.00 | 588.00 | 500.20 | 8,099.97 |
| 4/30/35 | 588.00 | 588.00 | 494.84 | 8,594.81 |
| 4/30/36 | 588.00 | 588.00 | 489.53 | 9,084.35 |
| 4/30/37 | 588.00 | 588.00 | 484.29 | 9,568.63 |
| 4/30/38 | 588.00 | 588.00 | 479.09 | 10,047.73 |
| 4/30/39 | 588.00 | 588.00 | 473.96 | 10,521.68 |
| 4/30/40 | 588.00 | 588.00 | 468.87 | 10,990.55 |
| 4/30/41 | 588.00 | 588.00 | 463.85 | 11,454.40 |
| 4/30/42 | 588.00 | 588.00 | 458.87 | 11,913.27 |
| 4/30/43 | 588.00 | 588.00 | 453.95 | 12,367.22 |
| 4/30/44 | 588.00 | 588.00 | 449.08 | 12,816.31 |
| 4/30/45 | 588.00 | 588.00 | 444.27 | 13,260.57 |
| 4/30/46 | 588.00 | 588.00 | 439.50 | 13,700.08 |
| 4/30/47 | 588.00 | 588.00 | 434.79 | 14,134.87 |
| Totals | 16,464.00 | 16,464.00 | 14,134.87 | |

EXHIBIT C

Frank Miller
Present Value of Life Care Plan
Equipment

Net Discount Rate      0.96%

| Year End | Power Scooter | Power Scooter Vehicle Carrier | Straight Cane | Rollator | Total | PV Total | Cumulative PV |
|---|---|---|---|---|---|---|---|
| 4/30/20 | | | | | - | - | - |
| 4/30/21 | | | | | - | - | - |
| 4/30/22 | | | 12.11 | | 12.11 | 11.76 | 11.76 |
| 4/30/23 | | | | | - | - | 11.76 |
| 4/30/24 | | | | | - | - | 11.76 |
| 4/30/25 | | | 12.11 | | 12.11 | 11.43 | 23.20 |
| 4/30/26 | | | | | - | - | 23.20 |
| 4/30/27 | | | | | - | - | 23.20 |
| 4/30/28 | | | 12.11 | | 12.11 | 11.11 | 34.31 |
| 4/30/29 | | | | | - | - | 34.31 |
| 4/30/30 | | | | | - | - | 34.31 |
| 4/30/31 | 5,499.50 | 354.99 | 12.11 | 134.47 | 6,001.06 | 5,353.39 | 5,387.69 |
| 4/30/32 | | | | | - | - | 5,387.69 |
| 4/30/33 | | | | | - | - | 5,387.69 |
| 4/30/34 | 5,499.50 | | 12.11 | 134.47 | 5,646.07 | 4,894.94 | 10,282.63 |
| 4/30/35 | | | | | - | - | 10,282.63 |
| 4/30/36 | | | | | - | - | 10,282.63 |
| 4/30/37 | 5,499.50 | | 12.11 | 134.47 | 5,646.07 | 4,757.15 | 15,039.78 |
| 4/30/38 | | | | | - | - | 15,039.78 |
| 4/30/39 | | | | | - | - | 15,039.78 |
| 4/30/40 | 5,499.50 | | 12.11 | 134.47 | 5,646.07 | 4,623.25 | 19,663.03 |
| 4/30/41 | | | | | - | - | 19,663.03 |
| 4/30/42 | | | | | - | - | 19,663.03 |
| 4/30/43 | 5,499.50 | | 12.11 | 134.47 | 5,646.07 | 4,493.11 | 24,156.14 |
| 4/30/44 | | | | | - | - | 24,156.14 |
| 4/30/45 | | | | | - | - | 24,156.14 |
| 4/30/46 | 5,499.50 | | 12.11 | 134.47 | 5,646.07 | 4,366.64 | 28,522.79 |
| 4/30/47 | | | | | - | - | 28,522.79 |
| Totals | 32,997.00 | 354.99 | 108.95 | 806.79 | 34,267.73 | 28,522.79 | |


EXHIBIT D

Frank Miller  
Present Value of Life Care Plan  
Home Care

Net Discount Rate     1.03%

| Year End | Cleaning | Home Health Care | Total | PV Total | Cumulative PV |
|---|---|---|---|---|---|
| 4/30/20 | 3,510.00 | 4,920.00 | 8,430.00 | 8,343.92 | 8,343.92 |
| 4/30/21 | 3,510.00 | 4,920.00 | 8,430.00 | 8,258.72 | 16,602.64 |
| 4/30/22 | 3,510.00 | 4,920.00 | 8,430.00 | 8,174.39 | 24,777.04 |
| 4/30/23 | 3,510.00 | 4,920.00 | 8,430.00 | 8,090.93 | 32,867.96 |
| 4/30/24 | 3,510.00 | 4,920.00 | 8,430.00 | 8,008.31 | 40,876.27 |
| 4/30/25 | 3,510.00 | 4,920.00 | 8,430.00 | 7,926.54 | 48,802.81 |
| 4/30/26 | 3,510.00 | 4,920.00 | 8,430.00 | 7,845.60 | 56,648.41 |
| 4/30/27 | 3,510.00 | 4,920.00 | 8,430.00 | 7,765.49 | 64,413.90 |
| 4/30/28 | 3,510.00 | 4,920.00 | 8,430.00 | 7,686.20 | 72,100.10 |
| 4/30/29 | 3,510.00 | 4,920.00 | 8,430.00 | 7,607.71 | 79,707.82 |
| 4/30/30 | 3,510.00 | 4,920.00 | 8,430.00 | 7,530.03 | 87,237.85 |
| 4/30/31 | 3,510.00 | 4,920.00 | 8,430.00 | 7,453.14 | 94,690.99 |
| 4/30/32 | 3,510.00 | 13,560.00 | 17,070.00 | 14,937.85 | 109,628.84 |
| 4/30/33 | 3,510.00 | 13,560.00 | 17,070.00 | 14,785.32 | 124,414.17 |
| 4/30/34 | 3,510.00 | 13,560.00 | 17,070.00 | 14,634.35 | 139,048.52 |
| 4/30/35 | 3,510.00 | 13,560.00 | 17,070.00 | 14,484.92 | 153,533.44 |
| 4/30/36 | 3,510.00 | 13,560.00 | 17,070.00 | 14,337.02 | 167,870.45 |
| 4/30/37 | 3,510.00 | 13,560.00 | 17,070.00 | 14,190.62 | 182,061.07 |
| 4/30/38 | 3,510.00 | 13,560.00 | 17,070.00 | 14,045.72 | 196,106.80 |
| 4/30/39 | 3,510.00 | 13,560.00 | 17,070.00 | 13,902.30 | 210,009.10 |
| 4/30/40 | 3,510.00 | 13,560.00 | 17,070.00 | 13,760.35 | 223,769.45 |
| 4/30/41 | 3,510.00 | 13,560.00 | 17,070.00 | 13,619.84 | 237,389.29 |
| 4/30/42 | 3,510.00 | 52,440.00 | 55,950.00 | 44,185.66 | 281,574.95 |
| 4/30/43 | 3,510.00 | 52,440.00 | 55,950.00 | 43,734.48 | 325,309.43 |
| 4/30/44 | 3,510.00 | 52,440.00 | 55,950.00 | 43,287.91 | 368,597.34 |
| 4/30/45 | 3,510.00 | 52,440.00 | 55,950.00 | 42,845.90 | 411,443.24 |
| 4/30/46 | 3,510.00 | 52,440.00 | 55,950.00 | 42,408.41 | 453,851.65 |
| 4/30/47 | 3,510.00 | 52,440.00 | 55,950.00 | 41,975.38 | 495,827.03 |
| Totals | 98,280.00 | 509,280.00 | 607,560.00 | 495,827.03 | |

EXHIBIT E

Frank Miller
Present Value of Life Care Plan
Miscellaneous

Net Discount Rate        1.36%

| Year End | Mattress | Home Modifications | Total | PV Total | Cumulative PV |
|---|---|---|---|---|---|
| 4/30/20 |  | 41,400.00 | 41,400.00 | 40,845.75 | 40,845.75 |
| 4/30/21 |  |  | - | - | 40,845.75 |
| 4/30/22 |  |  | - | - | 40,845.75 |
| 4/30/23 |  |  | - | - | 40,845.75 |
| 4/30/24 |  |  | - | - | 40,845.75 |
| 4/30/25 |  |  | - | - | 40,845.75 |
| 4/30/26 |  |  | - | - | 40,845.75 |
| 4/30/27 |  |  | - | - | 40,845.75 |
| 4/30/28 |  |  | - | - | 40,845.75 |
| 4/30/29 | 591.00 |  | 591.00 | 516.48 | 41,362.23 |
| 4/30/30 |  |  | - | - | 41,362.23 |
| 4/30/31 |  |  | - | - | 41,362.23 |
| 4/30/32 |  |  | - | - | 41,362.23 |
| 4/30/33 |  |  | - | - | 41,362.23 |
| 4/30/34 |  | 19,000.00 | 19,000.00 | 15,522.15 | 56,884.38 |
| 4/30/35 |  |  | - | - | 56,884.38 |
| 4/30/36 |  |  | - | - | 56,884.38 |
| 4/30/37 |  |  | - | - | 56,884.38 |
| 4/30/38 |  |  | - | - | 56,884.38 |
| 4/30/39 | 591.00 |  | 591.00 | 451.35 | 57,335.73 |
| 4/30/40 |  |  | - | - | 57,335.73 |
| 4/30/41 |  |  | - | - | 57,335.73 |
| 4/30/42 |  |  | - | - | 57,335.73 |
| 4/30/43 |  |  | - | - | 57,335.73 |
| 4/30/44 |  |  | - | - | 57,335.73 |
| 4/30/45 |  |  | - | - | 57,335.73 |
| 4/30/46 |  |  | - | - | 57,335.73 |
| 4/30/47 |  |  | - | - | 57,335.73 |
| Totals | 1,181.99 | 60,400.00 | 61,581.99 | 57,335.73 |  |

EXHIBIT F