IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FRANK KENNETH MILLER, JR.,

    Plaintiff,

v.

CIVIL ACTION NO. 2:18-cv-00269
Judge: Johnston

COBRA ENTERPRISES OF UTAH, INC.
d/b/a Cobra Firearms, a Utah corporation; and
RK HOLDINGS LLP d/b/a RURAL KING
HOLDINGS, LLP, an Illinois limited
liability partnership authorized to do
business in the State of West Virginia,

    Defendants.

## AFFIDAVIT OF FRANK KENNETH MILLER

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, Frank Kenneth Miller, being over the age of 18, of sound mind, and having been duly sworn, say the following is true and correct:

1. I hereby certify that I have reviewed each and every medical bill attached hereto.

2. I hereby certify that the attached medical bills are true and complete copies of all medical bills I have incurred as of May 10, 2019, are a direct and proximate result of the injuries I suffered on June 25, 2017.

3. I hereby certify that the sum certain for the medical bills attached hereto totals $139,756.29.

4. I hereby certify that each and every medical bill attached hereto was reasonable and necessary for the medical treatment I received as a direct proximate result of the injuries I suffered on June 25, 2017.



5.  I hereby certify that the medical bills attached hereto represent the medical bills I incurred only as it relates to the injuries I suffered on June 25, 2017, and for no other reason and/or injuries.

FURTHER, THE AFFIANT SAITH NAUGHT.

_____
FRANK KENNETH MILLER

TAKEN, SUBSCRIBED and SWORN TO before me this 10 day of May, 2019.

My Commission Expires: Sep. 4, 2022.

_____
NOTARY PUBLIC – STATE OF WEST VIRGINIA

**NOTARY PUBLIC OFFICIAL SEAL**
Tanya R Thomas
State of West Virginia
My Commission Expires
September 04, 2022
Bucci Bailey & Javins
213 Hale Street
Charleston, WV 25301

{SEAL}

Frank "Kenny" Miller, Jr.

| Date | Provider | Description | Bill Amount |
|---|---|---|---|
| 06/25/17 | Boone Co Ambulance | Transport | $ 1,004.00 |
| 06/25/17 | Air Evac Lifeteam | Transport | $ 31,179.16 |
| 06/25-07/19/17 | CAMC | Inpatient Admission 6/25-7/3/17 | $ 77,150.13 |
| | | Trauma Evaluation 6/25/17 | $ 429.00 |
| | | Trauma Procedure 6/25/17 | $ 2,106.00 |
| | | Pathology 6/26/17 | $ 1,170.00 |
| | | ECG Report 6/26/17 | $ 34.00 |
| | | CV VAS Arterial (lower left) 6/26/17 | $ 83.00 |
| | | Trauma Outpatient Visit 7/12/17 | $ 109.00 |
| | | Trauma Outpatient Visit 7/19/17 | $ 109.00 |
| 06/25-26/17 | WVU Physicians of Charleston | Part Removal Colon w Anastomosis Mobilize Splenic Flex Resect Small Intest Singl Resec/Anas | $ 7,839.00 |
| 06/25/17 | General Anesthesia | Anesthesia-Removal of Small Intestine | $ 2,040.00 |
| | | Insertion Catheter Artery | $ 225.00 |
| 06/25-27/17 | Associated Radiologists, Inc. | Radiology Chest PA 1 V, Lumbar Spine 2-3V, CTA Lower Extremity w-w/o 6/25/17 | $ 516.00 |
| | | Radiology Chest PA 1 V 6/27/17 & 6/30/17 | $ 80.00 |
| 12/13/17-5/9/18 | Boone Memorial Hospital | Therapies | $ 13,361.00 |
| 11/26/18 | Dr. Darshan Dave | Office visit and nerve conduction study | $ 1,352.70 |
| 1/18-2/11/19 | MedCare Therapy Center | Therapies | $ 970.00 |
| SUBTOTAL | $ 139,756.29 | | |

| TOTAL DUE | $0.00 |

Boone County Ambulance Authority
836 4TH AVE
HUNTINGTON, WV 25701-9998

# ITEMIZED INVOICE

FRANK MILLER
9964 DANIEL BOONE PKWY
Foster, WV 25081

Boone County Ambulance Authority
836 4TH AVE
HUNTINGTON, WV 25701-9998
866-659-9113

TO ASSURE PROPER CREDIT, RETURN THIS
PORTION WITH YOUR PAYMENT
Ticket #: BQ170625-2233-BCA:1

| Statement Date | Patient ID | AMOUNT PAID |
|---|---|---|
| 05/09/19 | 863793 | |

— DETACH HERE —

MAKE CHECKS PAYABLE TO:   Boone County Ambulance Authority

| BALANCE | $0.00 |

| Date of Service | Description | Patient Name | Charge(s) | Payment(s) |
|---|---|---|---|---|
| **Charges** | | | | |
| 6/25/2017 | ALS EMERGENCY | FRANK | $950.00 | |
| 6/25/2017 | MILEAGE | FRANK | $54.00 | |
| | | Charge Total: | $1,004.00 | |
| **Payments** | | | | |
| Paid By: | PALMETTO GBA WV | WO MANDATORY INS ADJ | | ($603.97) |
| Paid By: | PALMETTO GBA WV | PAYMENT | | ($318.73) |
| Paid By: | MILLER, FRANK | SUB - SUBSCRIBER COURTESY | | ($81.30) |
| Paid By: | MILLER, FRANK | SUB - SUBSCRIBER COURTESY | | $81.30 |
| Paid By: | MILLER, FRANK | PAYMENT | | ($5.00) |
| Paid By: | HUNTINGTON VAMC FEE BASIS | AJ MANDATORY INS ADJ | | ($5.00) |
| Paid By: | MILLER, FRANK | Refunds Patients | | $5.00 |
| Paid By: | HUNTINGTON VAMC FEE BASIS | AJ MANDATORY INS ADJ | | ($76.30) |
| Paid By: | PALMETTO GBA WV | WO MANDATORY INS ADJ | | $603.97 |
| Paid By: | HUNTINGTON VAMC FEE BASIS | PAYMENT | | ($1,004.00) |
| Paid By: | HUNTINGTON VAMC FEE BASIS | AJ MANDATORY INS ADJ | | $76.30 |
| Paid By: | PALMETTO GBA WV | WO MANDATORY INS ADJ | | $2.28 |

BALANCE    $0.00



P.O. Box 106  
West Plains, MO 65775

Return Service Requested

patientaccounts@amgh.us  
Phone: (877) 288-5340  
Fax: (417) 255-2312



## Authorization to Bill

**Signing this form will not increase patient financial responsibility; however, without your signature your insurance may not pay Air Evac EMS, Inc for the services provided to Frank K. Miller. This will leave $31,179.16 as patient financial responsibility.**

**Patient Name:** Frank K. Miller

**Policyholder/Insured:** _____

**Date of Service:** 06/25/2017

**Call #:** 30017736420A

**Assignment of Insurance Benefits; Financial Responsibility:** Air Evac EMS, Inc will work for and with you in an effort to obtain proper reimbursement from your insurance plan. An assignment of benefits will assist Air Evac EMS, Inc in working with your insurance plan.

I assign all applicable health insurance benefits to which I and/or my dependents are entitled to Air Evac EMS, Inc. I certify that the health insurance information I have provided is accurate as of the date set forth below and that I am responsible for keeping it updated. I will use my best efforts to assist with submitting insurance claims.
I authorize Air Evac EMS, Inc to submit claims, on my and/or my dependent's behalf, for payment to Medicare, Medicaid, or any other payer for services provided to me or my dependent. I also instruct my benefit plan (or its administrator) to pay Air Evac EMS, Inc directly for the services rendered to me or my dependent. To the extent that my current policy prohibits direct payment to Air Evac EMS, Inc, I instruct and direct my benefit plan (or its administrator) to provide documentation stating such non-assignment to myself and Air Evac EMS, Inc upon request. Upon proof of such non-assignment, I instruct my benefit plan (or its administrator) to make the check to me and mail it directly to Air Evac EMS, Inc.
I assign the right to appeal payment denial or other adverse decisions made by my benefit plan (or its administrator), as well as the right to file a complaint or grievance, bring suit, or pursue arbitration, to Air Evac EMS, Inc on my behalf.
I understand that I am financially responsible for the billed charges for the services provided to patient by Air Evac EMS, Inc, regardless of my insurance coverage, and in some cases may be responsible for an amount in addition to that which is paid by my insurance, such as co-pay, co-insurance, deductible and any remaining balance. I agree to immediately remit to Air Evac EMS, Inc any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to Air Evac EMS, Inc.

**Authorization to Release Information:** Air Evac EMS, Inc may need to obtain information from other sources in order to receive appropriate reimbursement from all available insurance sources.

I authorize and direct any holder of medical information or documentation to include city, county and state accident reports about me or my dependent to release such information to Air Evac EMS, Inc, its billing agents, CMS, its carriers and agents and/or any other payers or insurers as may be appropriate to determine any benefits payable for these or any other medical services provided to me or my dependent by Air Evac EMS, Inc.

**ERISA Authorization (Only Applies to Employer Sponsored Plans):** ERISA is a federal law that allows a patient's Authorized Representative to handle the patient's insurance claim.

I hereby designate Air Evac EMS, Inc as my Authorized Representative under ERISA and its regulations. I hereby designate, authorize, and convey to Air Evac EMS, Inc to the full extent permissible under law and under any applicable insurance policy and/or employee health care benefit plan: (1) the right and ability to act on my behalf in connection with any claim, right, or cause of action that I may have relating to such insurance policy and/or benefit plan; and (2) the right and ability to pursue any claim, right, or cause of action in connection with said insurance policy and/or benefit plan, including but not limited to any cause of action under ERISA, with respect to any healthcare expense incurred as a result of the services I or my dependent received from Air Evac EMS, Inc and, to the extent permissible under the law, to claim, such benefits, claims, or reimbursement, and any other applicable remedy, including expenses, damages, penalties or fines. To the extent that the applicable insurance policy and/or employee health care benefit plan lawfully prohibits such any of the assignments described above in this paragraph, I authorize Air Evac EMS, Inc to take the actions described in this paragraph on my behalf.

*Sign, date and return this sheet*

**Patient Signature:** _____  **Date:** _____

**Representative Signature:** _____  **Date:** _____

*(A representative is considered to be someone other than the patient who is responsible for the patient's medical and/or financial affairs.)*

**A copy of this form is valid as an original.**



**CHARLESTON AREA MEDICAL CENTER**
501 MORRIS ST
CHARLESTON WV 253011326
PO BOX 37178
BALTIMORE MD 212973178

3778331
20026241
111
550526150
Statement covers period: 06/25/2017 – 07/03/2017

**Patient Name:** MILLER FRANK
8964 DANIEL BOONE PKWY
FOSTER WV 250816042

**Birthdate:** 04/24/1965   M   Admission: 06/25/2017   22 1 1 12 01

| Occurrence Code | Date |
|---|---|
| 11 | 06/25/2017 |
| A1 | 04/24/1965 |
| B1 | 04/24/1965 |

**DEPARTMENT OF VETERAN AFFAIRS**
1201 BROAD ROCK BOULEVARD
RICHMOND VA 23249

| Value Code | Amount | Value Code | Amount |
|---|---|---|---|
| 01 | 1975.00 | 80 | 8.00 |

| Rev Cd | Description | Units | Total Charges |
|---|---|---|---|
| 0120 | ROOM-BOARD/SEMI | 5 | 10280.00 |
| 0200 | ICU | 3 | 14361.00 |
| 0250 | PHARMACY | 104 | 625.76 |
| 0270 | MED-SUR SUPPLIES | 3 | 768.00 |
| 0300 | LAB | 76 | 6649.00 |
| 0301 | LAB/CHEMISTRY | 56 | 3897.00 |
| 0305 | LAB/HEMATOLOGY | 3 | 227.00 |
| 0310 | PATH LAB | 2 | 1026.00 |
| 0320 | DX X-RAY | 1 | 226.00 |
| 0324 | DX X-RAY/CHEST | 3 | 687.00 |
| 0350 | CT SCAN | 1 | 2266.00 |
| 0360 | OR SERVICES | 222 | 26862.00 |
| 0391 | BLOOD/ADMIN | 1 | 475.00 |
| 0392 | PROCESSING AND STORAGE | 1 | 384.00 |
| 0410 | RESPIRATORY SVC | 19 | 1634.00 |
| 0420 | PHYSICAL THERAPY | 4 | 511.02 |
| 0430 | OCCUPATIONAL THERAPY | 4 | 534.02 |
| 0450 | EMERGENCY ROOM | 1 | 2415.00 |
| 0636 | DRUGS/DETAIL CODE | 164 | 1257.31 |
| 0710 | RECOVERY ROOM | 5 | 415.00 |
| 0730 | EKG/ECG | 1 | 226.00 |
| 0921 | PERI VASCUL LAB | 2 | 1424.00 |
| 0001 | PAGE 1 OF 1 | TOTALS | 77150.13 |

Creation Date: 07/12/2017

**Payer Name / Health Plan ID:**
DEPARTMENT OF VETERAN AFFAIRS   2845684   Y Y
MEDICARE   2845904   Y Y

NPI: 1952390239

**Insured's Name:**
MILLER FRANK   18   1051452026   UNKNOWN
MILLER FRANK   18   234172578A   MEDICARE

**Diagnosis Codes:**
S36898A Y   E872 Y   D62 Y   S71102A Y   S81802A Y   I10 Y   K589 Y   E119 Y   K219 Y
Z720   F4310 Y   I252

Admit Dx: S36898A   Patient Reason:   0908   W320XXA

**Principal Procedure:** 0WJG0ZZ 06/26/2017
**Other Procedures:** 0WJH0ZZ 06/26/2017   0WJP0ZZ 06/26/2017
0DTL0ZZ 06/26/2017   0DTA0ZZ 06/26/2017

**Attending:** NPI 1407942345   DELUCA JOHN
**Operating:** NPI 1407942345   DELUCA JOHN

B3 282N00000X



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DEPARTMENT OF VETERAN AFF
1201 BROAD ROCK BOULEVARD
RICHMOND    VA    23249

PICA    CHAM  0026778008    PICA

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER
1a. INSURED'S I.D. NUMBER: 1051452026

2. PATIENT'S NAME: MILLER FRANK
3. PATIENT'S BIRTHDATE: 04/24/1965  SEX: M
4. INSURED'S NAME: MILLER FRANK
5. PATIENT'S ADDRESS: 9964 DANIEL BOONE PKWY
6. PATIENT RELATIONSHIP TO INSURED: Self X
7. INSURED'S ADDRESS: 9964 DANIEL BOONE PKWY
CITY: FOSTER  STATE: WV  ZIP: 250816042
CITY: FOSTER  STATE: WV  ZIP: 250816042

9. OTHER INSURED'S NAME: MILLER FRANK
a. OTHER INSURED'S POLICY OR GROUP NUMBER: 234172578A
10a. EMPLOYMENT? NO
10b. AUTO ACCIDENT? NO
10c. OTHER ACCIDENT? NO
11. INSURED'S POLICY GROUP OR FECA NUMBER:
a. INSURED'S DATE OF BIRTH: 04/24/1965  SEX: M
c. INSURANCE PLAN NAME OR PROGRAM NAME: DEPARTMENT OF VETERAN AFF
d. IS THERE ANOTHER HEALTH BENEFIT PLAN: NO

INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PROVIDER: DN DELUCA JOHN
17b. NPI: 1407942345
18. HOSPITALIZATION DATES: FROM 06/25/2017 TO

21. DIAGNOSIS: ICD Ind 0
A. S31104A   B. S71102A   C. S81802A   D. W320XXA

22. RESUBMISSION CODE: 1

24. 
| A. DATE(S) OF SERVICE | B. POS | C. EMG | D. CPT/HCPCS | MOD | E. DX POINTER | F. $ CHARGES | G. UNITS | H. | I. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| PHY-ED EVALUATION LVL 5 | | | | | | | | | | |
| 06/25/2017 06/25/2017 | 23 | | 99285 | 25 | ABCD | 429.00 | 1 | | NPI | 1407942345 |

25. FEDERAL TAX I.D. NUMBER: 550528150  EIN
26. PATIENT'S ACCOUNT NO.: 3930594
27. ACCEPT ASSIGNMENT: YES
28. TOTAL CHARGE: $429.00
29. AMOUNT PAID:
30. Rsvd for NUCC Use: 429.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: JOHN DELUCA  07/31/2017
32. SERVICE FACILITY LOCATION: GENERAL HOSPITAL, 501 MORRIS STREET, CHARLESTON WV 253011326
a. 1952390239
33. BILLING PROVIDER INFO & PH#: 3048687530
CHARLESTON AREA MEDICAL
PO BOX 37178
BALTIMORE MD 212973178
a. 1124248752

APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DEPARTMENT OF VETERAN AFF
1201 BROAD ROCK BOULEVARD
RICHMOND    VA    23249

PICA | CHAM 0026778009 | | | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 1051452028 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| MILLER FRANK | 04/24/1965  M [X]  F [ ] | MILLER FRANK |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 9964 DANIEL BOONE PKWY | Self [X] Spouse [ ] Child [ ] Other [ ] | 9964 DANIEL BOONE PKWY |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FOSTER | WV | | FOSTER | WV |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 250816042 | ( ) | | 250816042 | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| MILLER FRANK | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH  SEX |
|---|---|---|
| 234172578A | [ ] YES  [X] NO | 04/24/1965   M [X]  F [ ] |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | [ ] YES [X] NO | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | [ ] YES [X] NO | DEPARTMENT OF VETERAN AFF |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN |
|---|---|---|
| MEDICARE | | [ ] YES  [X] NO   If yes, return to and complete item 9a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) QUAL. | 15. OTHER DATE  QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| DN DELUCA JOHN | 17b. NPI 1407942345 | FROM 06/25/2017  TO |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|
| | [ ] YES  [ ] NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind | 0
A. S36898A  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.
1

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From — To  MM DD YY  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| INTRAPER PROC IN UPPER ABDOMEN (CRNA) 06/25/2017  06/25/2017 | 21 | | 00790  QX | A | 2106.00 | 232 | | NPI | 1679808539 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN  EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 550528150   [ ] [X] | 3930600 | [X] YES  [ ] NO | $ 2106.00 | $ | 2106.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH# ( 304)3887530 |
|---|---|---|
| ANGELA HAYNES   07/31/2017 SIGNED   DATE | GENERAL HOSPITAL  501 MORRIS STREET  CHARLESTON  WV 253011326  a. 1952390239  b. | CHARLESTON AREA MEDICAL  PO BOX 37178  BALTIMORE  MD 212973178  a. 1124248752  b. |

APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DEPARTMENT OF VETERAN AFF
1201 BROAD ROCK BOULEVARD
RICHMOND    VA    23249

PICA   CHAM   0026778045

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐
1a. INSURED'S I.D. NUMBER: 1051452026

2. PATIENT'S NAME: MILLER FRANK
3. PATIENT'S BIRTH DATE: 04/24/1965   SEX: M [X]
4. INSURED'S NAME: MILLER FRANK
5. PATIENT'S ADDRESS: 9964 DANIEL BOONE PKWY
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: 9964 DANIEL BOONE PKWY
CITY: FOSTER   STATE: WV
8. RESERVED FOR NUCC USE
CITY: FOSTER   STATE: WV
ZIP CODE: 250816042   TELEPHONE: ( )
ZIP CODE: 250816042   TELEPHONE: ( )

9. OTHER INSURED'S NAME: MILLER FRANK
a. OTHER INSURED'S POLICY OR GROUP NUMBER: 234172578A
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? YES ☐ NO [X]
b. AUTO ACCIDENT? YES ☐ NO [X]   PLACE (State):
c. OTHER ACCIDENT? YES ☐ NO [X]
10d. CLAIM CODES (Designated by NUCC):

11. INSURED'S POLICY GROUP OR FECA NUMBER:
a. INSURED'S DATE OF BIRTH: 04/24/1965   SEX: M [X]
b. OTHER CLAIM ID (Designated by NUCC):
c. INSURANCE PLAN NAME OR PROGRAM NAME: DEPARTMENT OF VETERAN AFF
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE:
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): QUAL.
15. OTHER DATE: QUAL.
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN DELUCA JOHN
17b. NPI: 1407942345
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM 06/25/2017   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):
20. OUTSIDE LAB? YES ☐ NO ☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind: 0
A. S36898A   B. E872   C. D62   D. S71102A
E. S81802A   F. I10   G. K589   H. E119
I. K219   J. Z720   K. F4310   L.

22. RESUBMISSION CODE: 1   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER: 51D0234333

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 88307 AP BILL GROSS AND MICRO LEVEL V PATHOLOGY 06/26/2017 06/26/2017 | 21 | | 88307  26 | ABC | 585.00 | 1 | | NPI | 1588626444 |
| 88307 AP BILL GROSS AND MICRO LEVEL V PATHOLOGY 06/26/2017 06/26/2017 | 21 | | 88307  26 | ABC | 585.00 | 1 | | NPI | 1588626444 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 550526180   SSN ☐ EIN [X]
26. PATIENT'S ACCOUNT NO.: 3930596
27. ACCEPT ASSIGNMENT? YES [X] NO ☐
28. TOTAL CHARGE: $ 1170.00
29. AMOUNT PAID: $
30. Rsvd for NUCC Use: 1170.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
TZONG-WEN HUANG   07/31/2017
32. SERVICE FACILITY LOCATION INFORMATION:
GENERAL HOSPITAL
501 MORRIS STREET
CHARLESTON   WV 253011326
a. 1952390239   b.
33. BILLING PROVIDER INFO & PH#: (304)3887530
CHARLESTON AREA MEDICAL
PO BOX 37178
BALTIMORE   MD 212973178
a. 1124248752   b.

APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DEPARTMENT OF VETERAN AFF
1201 BROAD ROCK BOULEVARD
RICHMOND VA 23249

PICA CHAM 0026778046

1. MEDICARE [ ] MEDICAID [ ] TRICARE [ ] CHAMPVA [ ] GROUP HEALTH PLAN [ ] FECA BLK LUNG [ ] OTHER [ ]
1a. INSURED'S I.D. NUMBER: 1051452026

2. PATIENT'S NAME: MILLER FRANK
3. PATIENT'S BIRTH DATE: 04/24/1965 SEX: M [X]
4. INSURED'S NAME: MILLER FRANK

5. PATIENT'S ADDRESS: 9964 DANIEL BOONE PKWY
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: 9964 DANIEL BOONE PKWY

CITY: FOSTER STATE: WV
ZIP CODE: 250816042
TELEPHONE: ( )

CITY: FOSTER STATE: WV
ZIP CODE: 250816042
TELEPHONE: ( )

9. OTHER INSURED'S NAME: MILLER FRANK
a. OTHER INSURED'S POLICY OR GROUP NUMBER: 234172578A
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? [ ] YES [X] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO
10d. CLAIM CODES

11. INSURED'S POLICY GROUP OR FECA NUMBER:
a. INSURED'S DATE OF BIRTH: 04/24/1965 SEX: M [X]
b. OTHER CLAIM ID (Designated by NUCC)
c. INSURANCE PLAN NAME OR PROGRAM NAME: DEPARTMENT OF VETERAN AFF
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN DELUCA JOHN
17b. NPI: 1407942345
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM 06/25/2017 TO

19. ADDITIONAL CLAIM INFORMATION
20. OUTSIDE LAB? [ ] YES [ ] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY: ICD Ind. 10
A. S36898A  B. E872  C. D62  D. S71102A
E. S81802A  F. I10  G. K589  H. E119
I. K219  J. Z720  K. F4310  L.

22. RESUBMISSION CODE: 1 ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| # | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT FAMILY PLAN | ID QUAL | RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CV ECG REPORT | | | | | | | | | | | |
| 1 | 06/26/2017 | 06/26/2017 | 21 | | 93010 | | ABC | 34.00 | 1 | | NPI | 1689771149 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 550528150  EIN [X]
26. PATIENT'S ACCOUNT NO.: 3930598
27. ACCEPT ASSIGNMENT? [X] YES [ ] NO
28. TOTAL CHARGE: $34.00
29. AMOUNT PAID: $
30. Rsvd for NUCC Use: 34.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS: MITCHELL RASHID  07/31/2017
32. SERVICE FACILITY LOCATION INFORMATION: GENERAL HOSPITAL, 501 MORRIS STREET, CHARLESTON WV 253011326
  a. 1952390239
33. BILLING PROVIDER INFO & PH#: 3043887530  CHARLESTON AREA MEDICAL, PO BOX 37178, BALTIMORE MD 212973178
  a. 1124246752

APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DEPARTMENT OF VETERAN AFF
1201 BROAD ROCK BOULEVARD
RICHMOND  VA  23249

PICA  CHAM  0026778047

| Field | Value |
|---|---|
| 1. Insurance Type | CHAMPVA (Member ID#) |
| 1a. INSURED'S I.D. NUMBER | 1051452026 |
| 2. PATIENT'S NAME | MILLER FRANK |
| 3. PATIENT'S BIRTH DATE / SEX | 04/24/1965 M |
| 4. INSURED'S NAME | MILLER FRANK |
| 5. PATIENT'S ADDRESS | 9984 DANIEL BOONE PKWY |
| 6. PATIENT RELATIONSHIP TO INSURED | Self |
| 7. INSURED'S ADDRESS | 9984 DANIEL BOONE PKWY |
| CITY / STATE | FOSTER WV |
| ZIP CODE | 250816042 |
| INSURED CITY/STATE | FOSTER WV |
| INSURED ZIP | 250816042 |
| 9. OTHER INSURED'S NAME | MILLER FRANK |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | 234172578A |
| 10a. EMPLOYMENT? | NO |
| 10b. AUTO ACCIDENT? | NO |
| 10c. OTHER ACCIDENT? | NO |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | |
| 11a. INSURED'S DATE OF BIRTH / SEX | 04/24/1965 M |
| 11c. INSURANCE PLAN NAME OR PROGRAM NAME | DEPARTMENT OF VETERAN AFF |
| 11d. IS THERE ANOTHER HEALTH BENEFIT PLAN? | NO |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | MEDICARE |
| 12. PATIENT'S SIGNATURE | SIGNATURE ON FILE |
| 13. INSURED'S SIGNATURE | SIGNATURE ON FILE |
| 17. NAME OF REFERRING PROVIDER | DN DELUCA JOHN |
| 17b. NPI | 1407942345 |
| 18. HOSPITALIZATION DATES | FROM 06/25/2017 |
| 21. DIAGNOSIS | A. S36898A  B. E872  C. D62  D. S71102A  E. S81802A  F. I10  G. K589  H. E119  I. K219  J. Z720  K. F4310 |
| 22. RESUBMISSION CODE | 1 |

### 24. Services

| # | Date From | Date To | POS | CPT/HCPCS | Diagnosis Pointer | $ Charges | Days | NPI |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/26/2017 | 06/26/2017 | 21 | 93926 | ABC | 55.00 | 1 | 1699867598 |
| | CV VAS ARTERIAL W ABI LOWER LEFT | | | | | | | |
| 2 | 06/26/2017 | 06/26/2017 | 21 | 93922 | ABC | 28.00 | 1 | 1699867598 |
| | CV VAS ARTERIAL W ABI LOWER LEFT 93922 PROFESSIONAL | | | | | | | |

| Field | Value |
|---|---|
| 25. FEDERAL TAX I.D. NUMBER | 550526150 EIN |
| 26. PATIENT'S ACCOUNT NO | 3930599 |
| 27. ACCEPT ASSIGNMENT | YES |
| 28. TOTAL CHARGE | 83.00 |
| 30. Amount Paid | 83.00 |
| 31. SIGNATURE OF PHYSICIAN | ALI ABURAHMA 07/31/2017 |
| 32. SERVICE FACILITY LOCATION | GENERAL HOSPITAL, 501 MORRIS STREET, CHARLESTON WV 253011326 |
| 32a. NPI | 1952380239 |
| 33. BILLING PROVIDER INFO & PH# | (304)3887530 CHARLESTON AREA MEDICAL, PO BOX 37178, BALTIMORE MD 212973178 |
| 33a. NPI | 1124248752 |

APPROVED OMB-0938-1197 FORM 1500 (02-12)

| | | | | | |
|---|---|---|---|---|---|
| CHARLESTON AREA MEDICAL CENTER<br>501 MORRIS ST<br>CHARLESTON　　WV253011326 | PO BOX 37178<br>BALTIMORE　　MD 212973178 | 3843718<br>10707678<br>550526150 | | 07/12/2017 | 07/12/2017<br>131 |

**PATIENT NAME:** MILLER FRANK
**Address:** 9964 DANIEL BOONE PKWY, FOSTER, WV 250816042
**Birth Date:** 04/24/1965　**Sex:** M　**Admission:** 3　1　01　10　11

| Occurrence Code | Date | Code | Date |
|---|---|---|---|
| 05 | 06/25/2017 | 18 | 01/01/2013 |

FRANK MILLER
9964 DANIEL BOONE PKWY
FOSTER　WV　250816042

Value Codes: 45　14.00

| Rev.Cd. | Description | HCPCS/Rate/HIPPS Code | Serv. Date | Serv. Units | Total Charges |
|---|---|---|---|---|---|
| 0510 | OFFICE VISIT LEVEL 2 EST 99212 | G0463 | 07/12/2017 | 1 | 109.00 |

PAGE 1 OF 1　　CREATION DATE 07/20/2017　　**TOTALS** 109.00

| Payer Name | Health Plan ID | Rel | Asg | NPI |
|---|---|---|---|---|
| MEDICARE | 2845904 | Y | Y | 1952390239 |
| VA MEDICAL CENTER | 2846180 | Y | Y | |

| Insured's Name | | Rel | Insured's Unique ID | Group Name |
|---|---|---|---|---|
| MILLER | FRANK | 18 | 234172578A | |
| MILLER | FRANK | 18 | 1051452026 | UNKNOWN |

DX: S31109A

Attending NPI: 1306932140　LUCENTE　FRANK
B3　282N00000X

| | | | |
|---|---|---|---|
| CHARLESTON AREA MEDICAL CENTER<br>501 MORRIS ST<br>CHARLESTON WV253011326 | PO BOX 37178<br>BALTIMORE MD 212973178 | a PAT CNTL # 4348683<br>b MED REC # 10707878<br>FED TAX NO. 550526150 | TYPE OF BILL 131<br>STATEMENT COVERS PERIOD<br>FROM 07/19/2017 THROUGH 07/19/2017 |

PATIENT NAME: MILLER FRANK
PATIENT ADDRESS: 9964 DANIEL BOONE PKWY, FOSTER, WV 250816042

BIRTHDATE: 04/24/1966  SEX: M  ADMISSION TYPE: 3  SRC: 1  STAT: 01

OCCURRENCE:
- 11  06/25/2017
- 18  01/01/2013

FRANK MILLER
9964 DANIEL BOONE PKWY
FOSTER  WV  250816042

VALUE CODES: 45  20.00

| REV CD | DESCRIPTION | HCPCS/RATE/HIPPS CODE | SERV DATE | SERV UNITS | TOTAL CHARGES |
|---|---|---|---|---|---|
| 0510 | OFFICE VISIT LEVEL 2 EST 99212 | G0463 | 07/19/2017 | 1 | 109.00 |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/22/2017 | | TOTALS | 109.00 |

| PAYER NAME | HEALTH PLAN ID | REL INFO | ASG BEN | PRIOR PAYMENTS | EST. AMOUNT DUE | NPI |
|---|---|---|---|---|---|---|
| MEDICARE | 2845904 | Y | Y | | | 1952390239 |
| VA MEDICAL CENTER | 2846180 | Y | Y | | | |

| INSURED'S NAME | | | P.REL | INSURED'S UNIQUE ID | GROUP NAME | INSURANCE GROUP NO. |
|---|---|---|---|---|---|---|
| MILLER | | FRANK | 18 | 234172578A | | |
| MILLER | | FRANK | 18 | 1051452026 | UNKNOWN | |

DX: Z09

ATTENDING NPI: 1457427395  LAST: WARDEN  FIRST: GLENN

REMARKS: B3 282N00000X



| | |
|---|---|
| Guarantor Number: | 101311949 |
| Guarantor Name: | FRANK MILLER |
| Statement Date: | 08/05/17 |
| Current Balance Due Upon Receipt: | 7839.00 |

Thank you for selecting WVU Medicine at CAMC for your healthcare needs. Please submit payment upon receipt to **"WVU Physicians of Charleston."** To make payment by phone or to discuss payment arrangements, please call 1-800-314-1219.

| PATIENT NAME DATE | DESCRIPTION | CHARGES/ ADJUSTMENTS | TOTAL |
|---|---|---|---|
| FRANK MILLER 6/26/2017 | PART REMOVAL COLON W ANASTOMOSIS | 3,918.00 | 3,918.00 |
| FRANK MILLER 6/26/2017 | MOBILIZE SPLENIC FLEX | 354.00 | 354.00 |
| FRANK MILLER 6/26/2017 | RESECT SMALL INTEST,SINGL RESEC/ANAS | 3,567.00 | 3,567.00 |

MyWVUChart is a free, easy and secure way to view your health information.

- ✓ Communicate with your healthcare providers
- ✓ Manage your appointments
- ✓ Request prescription refills
- ✓ View test results
- ✓ View and pay your bill online

Don't have a MyChart account?
Go to www.mywvuchart.com and use the activation code below to get started

| | |
|---|---|
| Total Account Balance | $7839.00 |
| Insurance Pending | $0.00 |
| **Amount Due** | **$7839.00** |

#-Contested Charge  *-New Charge

Also available on MyChart mobile





This is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**WVU Medicine** at Charleston Area Medical Center

PO BOX 7000
MORGANTOWN, WV 26507-7000
ADDRESS SERVICE REQUESTED

| Due Date UPON RECEIPT | | Guarantor # 101311949 | Statement Date 08/05/17 |
|---|---|---|---|
| Amount Due 7839.00 | | Card # | Exp Date   Sec Code |
| Amount Enclosed $ | | Signature | Check # |

☐ Please check box if address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**MAKE CHECK PAYABLE AND REMIT TO**   114491-SA51-211



FRANK MILLER
9964 DANIEL BOONE PKWY
FOSTER WV 25081-6042

WVU PHYSICIANS OF CHARLESTON
PO BOX 7000
MORGANTOWN, WV 26507-7000

0101311949000000000000007839002

GENERAL ANESTHESIA SERVICES, INC.



Go Green
Pay Online | Update Info
www.ezmedinfo.com/gas1

*Summary of Service Charges*

| DATE | PROC CODE | UNITS | DETAILS OF SERVICES | CHARGES | PAY/ADJ | INSUR. PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| Patient: FRANK MILLER | | | | | | Referred By: JOHN A. DELUCA | |
| | | | | | Services Were Provided at: CAMC GENERAL HOSPITAL IP | | |
| 06-25-17 | 44120 | 24 | REMOVAL OF SMALL INTESTINE | 2040.00 | 1936.10 | DENIAL | 103.90 |
| 06-29-17 | | | FILED PRIMARY TO VA MEDICAL CENTER ORLANDO (VA028) | | | | |
| 07-07-17 | | | FILED SECONDARY TO MEDICARE | | | | |
| 07-21-17 | | | MEDICARE PAYMENT | | 139.96 | | |
| 07-21-17 | | | MEDICARE NON ALLOWED | | 1796.14 | | |
| 07-21-17 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 2318386) | | | | |
| 06-25-17 | 36620 | 1 | INSERTION CATHETER ARTERY | 225.00 | 214.48 | DENIAL | 10.52 |
| 06-29-17 | | | FILED PRIMARY TO VA MEDICAL CENTER ORLANDO (VA028) | | | | |
| 07-07-17 | | | FILED SECONDARY TO MEDICARE | | | | |
| 07-21-17 | | | MEDICARE PAYMENT | | 41.23 | | |
| 07-21-17 | | | MEDICARE NON ALLOWED | | 173.25 | | |
| 07-21-17 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 2318387) | | | | |

The insurance carrier noted above denied payment of your claim and indicated that the amount due is now your responsibility. If you have questions about your benefits or your EOB please call your insurance company. Total amount is due immediately. Please contact us to make payment arrangements.

| Current | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|
| $114.42 | $0.00 | $0.00 | $0.00 |

| DATE DUE: | BALANCE DUE: |
|---|---|
| Upon Receipt | $114.42 |

WE HAVE FILED YOUR INSURANCE. YOU ARE NOW RESPONSIBLE FOR THE BALANCE OF THIS ACCOUNT.

GENERAL ANESTHESIA SERVICES, INC.
PO BOX 3193
INDIANAPOLIS, IN 46206-3193
1.844.898.7951

**If your insurance has issued payment directly to you, please send us this payment immediately to stop the collection efforts.**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

Patient Statement For: FRANK MILLER

**Statement Date**
07/25/17

**Account Number**
497725-QGAS1

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

**ASSOCIATED RADIOLOGISTS, INC.**
P O BOX 11137
CHARLESTON, WV  25339-1137

TEMP-RETURN SERVICE REQUESTED

| | IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
|---|---|
| CHECK CARD USING FOR PAYMENT | |
| ☐ MASTERCARD | ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 09-06-17 | 22.88 | 327430-QARI1 |

INVOICE: 2070357

SHOW AMOUNT PAID HERE $

**RESPONSIBLE PARTY**
FRANK K MILLER

ADDRESSEE:

FRANK K MILLER
9964 DANIEL BOONE PK
FOSTER, WV  25081-6042

00801

MAKE CHECKS PAYABLE TO:

ASSOCIATED RADIOLOGISTS, INC.
P O BOX 11137
CHARLESTON, WV  25339-1137

To pay your account online, visit our website NEW WEBSITE at https://portal.ariwv.com/ari

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

For your convenience, if your personal check is dishonored or returned for NSF or uncollected funds, we will electronically debit your account for the amount of the check.  A state allowable processing fee will be charged to you separately.

| DATE | OPT-MOD | DR | SERVICE | LOC | INSURANCE COMPANY | AMOUNT | PAID BY INS | ADJUST | YOU PAID | YOU OWE |
|---|---|---|---|---|---|---|---|---|---|---|
| CHARGES FOR PATIENT: FRANK MILLER (327430-QARI1) | | | | | | | | | | |
| 06-25-17 | 71010-26 | 21 | CHEST PA, 1V | CAMC GEN | PALMETTO | 40.00 | 7.10 | 31.09 | | 1.8 |
| 06-25-17 | 72100-26 | 21 | LUMBAR SPINE 2-3V | CAMC GEN | PALMETTO | 51.00 | 8.69 | 40.09 | | 2.2 |
| 06-25-17 | 73706-26 | 21 | CTA  LWR EXTREM W-W/O, | CAMC GEN | PALMETTO | 425.00 | 73.89 | 332.26 | | 18.8 |

ADDITIONAL INFORMATION CONCERNING YOUR ACCOUNT

   PLEASE CONTACT OUR OFFICE IF YOU NEED TO MAKE PAYMENT ARRANGEMENTS.
   RENDERING PROVIDER 21 IS CHRIS SCHLARB MD

ADDITIONAL STATEMENT MESSAGE

| TOTALS: | | | | | | 516.00 | 89.68 | 403.44 | 0.00 | 22.8 |

| STATEMENT DATE | RESPONSIBLE PARTY | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|---|
| 09-06-2017 | FRANK K MILLER | 327430-QARI1 | 22.88 |

PAYMENTS RECEIVED AFTER THIS STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT. PAYMENT DUE UPON RECEIPT. THANK YOU.

| DAYS | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| ACCOUNT AGING | 22.88 | 0.00 | 0.00 | 0.00 | 0.00 |

MAKE CHECK PAYABLE TO:
ASSOCIATED RADIOLOGISTS, INC.

To pay your account online, visit our website NEW WEBSITE at https://portal.ariwv.com/ari

INVOICE #:  2070357          **FOR BILLING QUESTIONS CALL (304) 344-3457**          AW

**ASSOCIATED RADIOLOGISTS, INC.**
P O BOX 11137
CHARLESTON, WV  25339-1137

TEMP-RETURN SERVICE REQUESTED

**CHECK CARD USING FOR PAYMENT**

| MasterCard ☐ MASTERCARD | VISA ☐ VISA |
|---|---|
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 08-02-17 | 17.92 | 327430-QARI1 |

INVOICE: 2056416

**SHOW AMOUNT PAID HERE $**

**RESPONSIBLE PARTY**
FRANK K MILLER

**ADDRESSEE:**

FRANK K MILLER
9964 DANIEL BOONE PK
FOSTER, WV  25081-6042

00526

**MAKE CHECKS PAYABLE TO:**

ASSOCIATED RADIOLOGISTS, INC.
P O BOX 11137
CHARLESTON, WV  25339-1137

To pay your account online, visit our website **NEW WEBSITE** at https://portal.ariwv.com/ari

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

For your convenience, if your personal check is dishonored or returned for NSF or uncollected funds, we will electronically debit your account for the amount of the check. A state allowable processing fee will be charged to you separately.

| DATE | OPT-MOD | DR | SERVICE | LOC | INSURANCE COMPANY | AMOUNT | PAID BY INS | ADJUST | YOU PAID | YOU OWE |
|---|---|---|---|---|---|---|---|---|---|---|
| CHARGES FOR PATIENT: FRANK MILLER (327430-QARI1) | | | | | | | | | | |
| 06-27-17 | 71010-26 | 32 | CHEST PA, 1V | CAMC GEN | PALMETTO | 40.00 | | 30.95 | | 9.0 |
| 06-30-17 | 71010-26 | 39 | CHEST PA, 1V | CAMC GEN | PALMETTO | 40.00 | | 31.13 | | 8.8 |

ADDITIONAL INFORMATION CONCERNING YOUR ACCOUNT

PLEASE CONTACT OUR OFFICE IF YOU NEED TO MAKE PAYMENT ARRANGEMENTS.
RENDERING PROVIDER 32 IS RUSSELL KING II MD
RENDERING PROVIDER 39 IS MATTHEW MORRIS

ADDITIONAL STATEMENT MESSAGE

| TOTALS: | | | | | | 80.00 | 0.00 | 62.08 | 0.00 | 17.9 |

| STATEMENT DATE | RESPONSIBLE PARTY | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|---|
| 08-02-2017 | FRANK K MILLER | 327430-QARI1 | 17.92 |

PAYMENTS RECEIVED AFTER THIS STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT. PAYMENT DUE UPON RECEIPT. THANK YOU.

| DAYS | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| ACCOUNT AGING | 17.92 | 0.00 | 0.00 | 0.00 | 0.00 |

MAKE CHECK PAYABLE TO:
ASSOCIATED RADIOLOGISTS, INC.

To pay your account online, visit our website **NEW WEBSITE** at https://portal.ariwv.com/ari

INVOICE #:  2056416       **FOR BILLING QUESTIONS CALL (304) 344-3457**

AW

BOONE MEMORIAL HOSPITAL INC
PO BOX 11407
BIRMINGHAM AL 35246-0949

ADDRESS SERVICE REQUESTED


003702
0101

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**GUARANTOR NAME AND ADDRESS**

MILLER FRANK K
9964 DANIEL BOONE PKWY
FOSTER, WV 25081-6042



IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ VISA  ☐ OTHER

| CARD NUMBER | SIGNATURE CODE | EXP. DATE |
| SIGNATURE | ZIP CODE |

| PATIENT NAME | ACCT. # |
|---|---|
| MILLER FRANK K | 523301 |

| STATEMENT DATE | PRINT DATE | AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|
| 04/30/18 | 05/09/18 | 4177.00 | |

TELEPHONE NO.
866-888-0870

PAYMENTS AND CHARGES RECEIVED AFTER DATE ON THIS STATEMENT WILL BE REFLECTED ON THE NEXT STATEMENT.

BOONE MEMORIAL HOSPITAL INC
PO BOX 11407
BIRMINGHAM, AL 35246-0949

---

TO INSURE CREDIT TO YOUR ACCOUNT, PLEASE RETURN THIS STUB WITH YOUR PAYMENT.

# STATEMENT OF ACCOUNT

606144 (PC1)

| PATIENT NAME | ACCOUNT NUMBER | PATIENT TYPE | SERVICE BEGIN | SERVICE END |
|---|---|---|---|---|
| MILLER FRANK K | 523301 | O/P | 12/13/17 | 00/00/00 |

| INSURANCE COMPANY NAME | ANTICIPATED AMOUNT | AMOUNT PAID | CLAIM STATUS |
|---|---|---|---|
| TRI WEST -REC | | 1232.00 | PAID ON 03/02/18 |
| TRI WEST -REC | | | INS CO R03/12/18 |
| TRI WEST -REC | 3368.00 | | PAYMENT PENDING |
| TRI WEST -REC | 1736.00 | | PAYMENT PENDING |
| TRI WEST -REC | 2848.00 | | PAYMENT PENDING |

| TOTAL CHARGES | INSURANCE COVERAGE | PATIENT PORTION | PAID BY PATIENT | LATE CHARGE | DUE FROM PATIENT |
|---|---|---|---|---|---|
| 13361.00 | 9184.00 | 4177.00 | 0.00 | | 4177.00 |

**COMMENTS**

YOUR INSURANCE HAS PAID. PLEASE REMIT BALANCE DUE.*866-888-0870*
CREDIT CARDS ACCEPTED*
*

Visit www.bmh.org for our Financial Assistance Policy and Application

| HOSPITAL NAME |
|---|
| BOONE MEMORIAL HOSPITAL INC |

RETAIN THIS COPY FOR YOUR RECORDS

8485
381493-TBSTMT-410015-267821658-P; 1120797-1-415; 39508177-1; 1

# Patient Transaction Report

Neurology And Headache Clinic Pllc

**Provider:** All    **Date Range:** Sep 3, 2018-Apr 19, 2019

**PATIENT NAME:** MILLER, FRANK K    **ACCOUNT #:** 113731    **DOB:** Apr 24, 1965

| Appointment Provider Name | CLAIM NO | DATE | CODE/DESC | BALANCE |
|---|---|---|---|---|
| DAVE, DARSHAN | 18271 | Nov 26, 2018 | 99204 Office Visit, New Pt., Level 4 | $267.70 |
| | | Mar 22, 2019 | TRICARE FOR LIFE Contractual | ($108.25) |
| | | Mar 22, 2019 | TRICARE FOR LIFE Payment | ($159.45) |
| **CLAIM BALANCE** | | | | **$0.00** |
| DAVE, DARSHAN | 18277 | Nov 26, 2018 | 95886 MUSC TEST DONE WN TEST COMP | $330.00 |
| | | Nov 26, 2018 | 95913 NRV CNDJ TEST 13 STUDIES | $755.00 |
| | | Feb 26, 2019 | TRICARE Contractual | ($626.88) |
| | | Feb 26, 2019 | TRICARE Payment | ($458.12) |
| **CLAIM BALANCE** | | | | **$0.00** |
| **ACCOUNT SUMMARY** | | | | **$0.00** |
| Charge | | | | $1,352.70 |
| Contractual | | | | ($735.13) |
| Payment | | | | ($617.57) |
| **Total Balance** | | | | **$0.00** |

Apr 19, 2019    1    10:17:40 AM

MedCare Therapy Center LLC
3/11/2019 9:38:11 AM
Patient Ledger Visit
FRANK MILLER
Account #: 3407969
FRANK MILLER

| # | DOS | Charges | InsPay | PatPay | InsAdjAmt | PatAdjAmt | PatBal | InsBal | Bal | Ins | POS | EOB | Case_Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/18/2019 | $220.00 | $133.52 | $0.00 | $86.48 | $0.00 | $0.00 | $0.00 | $0.00 | HUNTINGTON VA CENTER | OFFIC | EOB Info | 9332274 |
| 2 | 01/23/2019 | $100.00 | $59.68 | $0.00 | $40.32 | $0.00 | $0.00 | $0.00 | $0.00 | HUNTINGTON VA CENTER | OFFIC | EOB Info | 9332274 |
| 3 | 01/25/2019 | $100.00 | $59.68 | $0.00 | $40.32 | $0.00 | $0.00 | $0.00 | $0.00 | HUNTINGTON VA CENTER | OFFIC | EOB Info | 9332274 |
| 4 | 01/28/2019 | $100.00 | $59.68 | $0.00 | $40.32 | $0.00 | $0.00 | $0.00 | $0.00 | HUNTINGTON VA CENTER | OFFIC | EOB Info | 9332274 |
| 5 | 01/30/2019 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | HUNTINGTON VA CENTER | OFFIC | | 9332274 |
| 6 | 02/04/2019 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | HUNTINGTON VA CENTER | OFFIC | | 9332274 |
| 7 | 02/06/2019 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | HUNTINGTON VA CENTER | OFFIC | | 9332274 |
| 8 | 02/11/2019 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | HUNTINGTON VA CENTER | OFFIC | | 9332274 |
| | | $970.00 | $312.56 | $0.00 | $207.44 | $0.00 | $0.00 | $450.00 | $450.00 | | | | |