# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

FRANK KENNETH MILLER, JR.,

    Plaintiff,

v.                                      CIVIL ACTION NO. 2:18-cv-00269
                                          Judge: Johnston

COBRA ENTERPRISES OF UTAH, INC.
d/b/a Cobra Firearms,

    Defendant.

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE
## IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

In further support of Plaintiff's Motion for Default Judgment, Plaintiff brings to the Court's attention supplemental evidence for consideration, attached hereto as Exhibits A and B. Said attachments are the Curriculum Vitae of Richard Graham Bowman, II, M.D. and Dr. Laura Savory Miller, CFA, CVA, whom prepared expert reports that were previously submitted as attachments in support of Plaintiff's Motion for Entry of Default Judgment.. (ECF Nos. 57-1, 57-2).

                                                                FRANK KENNETH MILLER, JR.
                                                                 By Counsel

/s/ Taylor M. Norman
L. Lee Javins (WVSB No. 6613)
Taylor M. Norman (WVSB No. 13026)
Bailey Javins & Carter LC
213 Hale Street
Charleston, WV 25301
Telephone: (304) 345-0346
Facsimile: (304) 345-0375
ljavins@bjc4u.com
tnorman@bjc4u.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

FRANK KENNETH MILLER, JR.,

    Plaintiff,

v.                                 CIVIL ACTION NO. 2:18-cv-00269
                                          (Judge: Johnston)

COBRA ENTERPRISES OFUTAH, INC.
 d/b/a Cobra Firearms,

    Defendants.

## CERTIFICATE OF SERVICE

I, Taylor M. Norman, counsel for Plaintiff, hereby certify that on the **18th** day of **December, 2019**, I electronically filed **PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** with the Clerk of the Court using the CM/ECF System, which will send notification to counsel of record.

                                        /s/ Taylor M. Norman_____
                                        L. Lee Javins (WVSB No. 6613)
                                        Taylor M. Norman (WVSB No. 13026)
                                        Bailey Javins & Carter LC
                                        213 Hale Street
                                        Charleston, WV 25301
                                        Telephone: (304) 345-0346
                                        Facsimile: (304) 345-0375
                                        ljavins@bjc4u.com
                                        tnorman@bjc4u.com