*Curriculum Vitae*

# RICHARD GRAHAM BOWMAN II, M.D.
## DABPMR, DABPM, FIPP, CEDIR, CLCP

**POST RESIDENCY:**   East Coast Medtronic Spinal Cord Stimulator and Intrathecal Pump Infusion System training center trainee. Location: The Center for Pain Relief, Inc., Charleston, WV 2001

**EMPLOYMENT:**   Medical Director: Mid Atlantic Pain Specialists (MAPS) at Mon General Hospital, Morgantown, WV

Medical Director: Interventional Pain Services (IPS) of Roane General, Spencer, WV

Physician: The Center for Pain Relief, Inc
July 2001- May 2016

**EDUCATIONAL BACKGROUND:**

Marshall University
Huntington, West Virginia
Bachelor of Science in Biology
Minors – Chemistry and English
Summa Cum Laude
August, 1989 – May, 1993

West Virginia University School of Medicine
Morgantown, WV
August, 1993 – May, 1997
Doctor of Medicine

***INTERNSHIP:***   Rotating Internship: Preliminary Internal Medicine Internship: July 1, 1997 – June 30, 1998
West Virginia University School of Medicine, Charleston Division

                                      Charleston Area Medical Center
                                      Charleston, West Virginia

*RESIDENCY:*                 Physical Medicine and Rehabilitation Residency:
                                      July 1, 1998 – June 30, 2001
                                      University of Tennessee at Chattanooga
                                      Siskin Hospital

**MEDICAL SPECIALTY:**        Physiatry (Physical Medicine and Rehabilitation)

**MEDICAL SUBSPECIALTY:**    Interventional Pain Medicine

**MEDICAL LICENSURE:**        West Virginia
                                      Tennessee

**ACGME BOARD CERTIFICATIONS**:    Diplomate of the American Board of Physical
                                      Medicine and Rehabilitation
                                      May 2002 to 2012
                                      Re-certified 2012 to present

                                      Diplomate of the American Board of Pain Medicine
                                      February 2003 to 2013
                                      Re-certified 2013 to present

**SUBSPECIALTY CERTIFICATIONS:**    Fellow of Interventional Pain Practice (FIPP)
                                      World Institute of Pain
                                      January, 2005

                                      CEDIR Certification in Evaluation of Disability and
                                      Impairment Rating: 2004

                                      CLCP Certified Life Care Planner: Capital University
                                      School of Law, 2016

**PROFESSIONAL SOCIETY INVOLVEMENT:**

North American Neuromodulation Society

American Academy of Physical Medicine and Rehabilitation

WVSIPP President 2002-2005

WVSIPP Board of Directors 2008-2017

WV Coalition on Chronic Pain Management Appointee 2017-2018

**PUBLICATIONS RESEARCH:**

Bowman, R. ; Caraway D. ; Bentley I
Comparison of a Novel Fixation Device with Standard Suturing Methods for Spinal Cord Stimulators
*Neuromodulation*. Technology at the Neural Interface
July 2012

Pope, J.; Bowman, R. ; Deer, T.
Chapter 6.1 - Spinal Cord Stimulation.
*Interventional Pain Medicine* – Textbook
Anita Gupta,
2012

Deer, T. ; Bowman, R.
Spinal Cord Stimulation: Using Technology to Solve Complex Pain Problems
*Pain Medicine News*
December 2011 Edition

Deer T, Kim C, Bowman R, Ranson M, Douglas CS, Tolentino W.
Spinal cord stimulation as a method of reducing opioids in severe chronic pain: a case report and review of the literature.

*West Virginia Medical Journal*
2010

Deer, T.; Kim, C.; Bowman, R.; Stewart, C.; Tolentino, W.; Tolentino, D. Intrathecal Ziconotide and Opioid Combination Therapy for Noncancer Pain: An Observational Study
*Pain Physician*, 2009;12;E291-E296.

Deer, T.; Kim, C.; Bowman, R.; Garten, T.; Bowne, D.
Poster Abstract 158
A Case Analysis of Safety for Patients Receiving Opioid Plus Ziconotide for Non-Cancer Pain
*American Academy of Pain Medicine 23rd Annual Meeting*
February 2007

Boswell M.; Trescot A.; Sukdeb D.; Schultz D.; Deer T.; Hansen H.; Bowman R.; et al.
Interventional Techniques: Evidence-Based Practice Guidelines in the Management of Chronic Spinal Pain
*Pain Physician,* 2007;10;1-5.

Chopra P.; Smith H.; Deer T.; Bowman R.
Role of Adhesiolysis in the Management of Chronic Spinal Pain: A Systematic Review of Effectiveness and Complications
*Pain Physician*, 2005;8:1:87-100.

Deer T.; Kim C.; Bowman R.; Stewart C.; Norris M.; Khan Y.; Garten T.; Penn R.
The Use of Continuous Intrathecal Infusion of Octreotide in Patients with Chronic Pain of Non-Cancer Origin: An Evaluation of Side Effects and Toxicity in a Prospective Double Blind Fashion
*Neuromodulation*, 2005;8:3:171-175.

Boswell M.; Shah R.; Everett C.; Sehgal N.; Mckenzie-Borown; Abdi S.; Bowman R.; Deer T.; et al.
Interventional Techniques in The Management of Chronic Spinal Pain: Evidence-Based Practice Guidelines
*Pain Physician*. 2005

Morton's Neuroma: Textbook article published through *E-medicine Physiatric Textbook*

Hormone replacement usage among hip fracture rehabilitation patients
*AAPM& R Poster Presentation*
2001

Sub Investigator
Vertiflex-The ISISS Trial: Investigating Superion ISS in Spinal Stenosis
Title: A Prospective, Multi-center, Randomized Study Comparing the Vertiflex Superion Interspinous Spacer (ISS) to the X-STOP Interspinous Process Decompression (IPD) System in Patients with Moderate Lumbar Spinal Stenosis
2010

Sub-Investigator
St. Jude Medical Neuromodulation-Partnership for Advancement in Neuromodulation (PAIN): A Prospective Clinical Outcome Registry
2009

Sub-Investigator
Vertos Medical- Minimally Invasive Lumbar Decompression: MILD Post Market Pain Outcome Study
2011

Sub Investigator
A Clinical Evaluation for the Management of Chronic Migraine Headaches with Peripheral Nerve Stimulation
FDA approved study
2010

Principal Investigator
A Randomized, Double Blinded, Active-Controlled Crossover Study to Evaluate the Efficacy and Safety of Fentanyl Buccal Tablets Compared with Immediate-Release Oxycodone for the Management of Breakthrough Pain in Opioid-Tolerant Patients with Chronic Pain
2010

Sub Investigator
Clinical Investigation of the Prometra Implantable Pump System with Morphine in Patients with Intractable Chronic Pain
2007

Sub Investigator
Feasibility Study of the Bioness Battery-Powered Microstimulator (BBPM) to Treat Chronic Shoulder Pain in Chronic Post-Stroke Patients
2011

Sub Investigator
A Proof of Principle Study of Dorsal Root Ganglion Stimulation in Patients with Localized Chronic Back Pain
2007

**RECENT SCIENTIFIC PRESENTATIONS:**

American Academy of Pain Medicine (AAPM)
National Harbour, MD
Multilead arrays for Spinal Cord Stimulator
2015

Course Founder: *Best Practices for Peripheral Nerve Stimulation*
Biannual CME Course - A didactic and cadaver based course
Pittsburgh, PA
2013, 2014, 2015

Board of Director Didactic Moderator on Interventional Pain topics
National WVSIPP Annual Meeting 2009- 2016

Cedar Sinai Pain Symposium
L4 Radiculopathy versus Trochanteric Bursitis
2012

Napa Valley Pain Conference
Percutaneous Paddle Lead Tripole Array Poster
2011

North American Neuromodulation Society 2011:

*Scientific Poster Presentation #1*
Spinal Cord Stimulation Electrode Anchor Fixation with X-Close:  A Mechanical Suturing Device

*Scientific Poster Presentation #2*
Tripole Paddle Array Placement via the Multiple Pass Technique