*Laura Savory Miller, DBA, CFA, CVA*
Rufus, Miller & Associates, A.C.
1016 Sixth Avenue, Huntington, WV 25701
(304) 522-8770
laura.miller@rufusandmiller.com

## Academic Background

Doctor of Business Administration in Finance, 2015
Nova Southeastern University, Fort Lauderdale, FL

Master of Financial Economics, 2006
Ohio University, Athens, OH

Bachelor of Business Administration in Finance, 2004
Marshall University, Huntington, WV

## Employment History

### Professional
2017 to Present: Forensic Analyst
Rufus, Miller & Associates, A.C., Huntington, WV

2003 to 2016: Forensic Analyst
Rufus & Rufus, A.C., Huntington, WV

2006 to Present: Investment Advisor
Advanced Investment Strategies, Huntington, WV

### Academic
2008 to 2018: Instructor, Master of Forensic Accounting (MFAcc) Program
University of Charleston, Charleston, WV

2008 to 2010: Instructor
The Forensic Institute at the University of Charleston, Charleston, WV

## Certifications

Chartered Financial Analyst (CFA), 2008
Certified Valuation Analyst (CVA), 2004

*Professional Associations*

CFA Institute
National Association of Certified Valuators and Analysts

*Publications*

"Does Improved Governance Lead to a Higher Share of FDI in Foreign Equity Investments?"
*Asia-Pacific Journal of Financial Studies*, July 2019
(Co-authored with H. Young Baek & Pankaj K. Maskara)

"Do Golden Parachutes Matter? Evidence from Firms that Ultimately Filed for Bankruptcy"
*The Quarterly Review of Economics and Finance*, May 2017
(Co-authored with Pankaj K. Maskara)

*Forensic Accounting, 1st Ed.*
Pearson Higher Education, 2014
(Co-authored with Robert J. Rufus and William Hahn)

"Conversion of Separate Property into Marital Property in Divorce"
*The Valuation Examiner*, Jul./Aug. 2012
(Co-authored with Robert J. Rufus, Revised and republished from *AJFL* article below)

"What's Mine is Yours and What's Yours is Mine Until Divorce: Theory of Transmutation"
*American Journal of Family Law*, Summer 2012
(Co-authored with Robert J. Rufus)

"The World of Forensic Accounting"
*The West Virginia CPA*, March 2010
(Co-authored with Robert J. Rufus)

*Accredited Fraud Investigator Training Manual, 5th Ed.*
Rufus & Rufus Accounting Corporation, December 2009
(Co-authored with Robert J. Rufus)

"Attorney-Client Privilege and the Forensic Accountant"
*The Valuation Examiner*, July/August 2007
(Co-authored with Robert J. Rufus)

*Presentations*

"The Challenge of Business Valuation"
West Virginia Family Court Judicial Education Conference, October 2014, Charleston, WV
(Presented with Robert J. Rufus)

"Managing Customer Variability in the Golf Course Industry"
2009 Annual Conference, International Society of Travel & Tourism Educators
October 2009, San Antonio, TX

"Valuing a Professional Practice as a Marital Asset"
West Virginia Family Law Seminar, September 2009, Morgantown, WV
(Presented with Robert J. Rufus)

## Professional Service

Sept. 6, 2017: Facilitator, Case Analysis by Webinar
National Association of Certified Valuators and Analysts

## Work Experience

Economic analysis related to divorce actions, including marital estate valuations, valuations of closely-held businesses and professional practices, pension valuations and income capacity determinations

Economic analysis of damages in personal injury, wrongful death, wrongful termination and lost business profits claims

Business valuations for buy/sell transactions, estate/gift tax filings, marital dissolutions and dissenting shareholder actions

Expert economic and accounting testimony in West Virginia and Ohio courts

Graduate-level instruction in forensic accounting

Investment advisory services

Laura Savory Miller, DBA, CFA, CVA
Expert Witness Testimony - 2014 to Present

| Case | Jurisdiction | Style | Engaging Attorney | Date | Type | Subject |
|---|---|---|---|---|---|---|
| Cochran v. Cochran | Cabell Co. Family | 12-D-1130 | D. Scott Bellomy | 04/21/14 | Deposition | Business Valuation |
| Houvouras v. Houvouras | Cabell Co. Family | 12-D-0711 | David Lockwood | 07/14/14 | Hearing | Business Valuation |
| Kessel v. Kessel | Lincoln Co. Family | 13-D-18 | Brittany Stonestreet | 08/05/14 | Hearing | Business Valuation |
| Cochran v. Cochran | Cabell Co. Family | 12-D-1130 | D. Scott Bellomy | 08/14/14 | Hearing | Business Valuation |
| Styer v. American Electric Power Co., et al. | Meigs Co. OH Circuit | 13-CV-066 | Travis Mohler | 08/25/14 | Deposition | Economic Damages |
| Boggs v. American Electric Power Co., et al. | Meigs Co. OH Circuit | 13-CV-067 | Travis Mohler | 08/25/14 | Deposition | Economic Damages |
| Leonard v. Martinsburg Radiology Assoc., et al. | Berkeley Co. Circuit | 13-C-537 | R. R. Fredeking, II | 11/06/14 | Deposition | Economic Damages |
| Daugherty, et al. v. Cerra, et al. | Kanawha Co. Circuit | 08-C-2080 | Harry Bell | 01/09/15 | Deposition | Economic Damages |
| Bolano v. Bolano | Cabell Co. Family | 13-D-438 | Jennifer Ransbottom | 05/20/15 | Hearing | Business Valuation |
| Neilan v. Yeager | Nicholas Co. Family | 14-D-51 | Lyne Ranson | 06/18/15 | Hearing | Investment Advising |
| Boggs v. American Electric Power Co., et al. | Meigs Co. OH Circuit | 13-CV-067 | Travis Mohler | 08/14/15 | Trial | Economic Damages |
| White v. White | Fayette Co. Family | 13-D-202 | Debra Kilgore | 11/04/15 | Hearing | Business Valuation |
| Keener v. Keener | Kanawha Co. Family | 15-D-10 | Arik Paraschos | 11/17/15 | Hearing | Earning Capacity |
| Joseph v. Joseph | Ohio Co. Family | 11-D-370 | Jo Lynne Nugent | 02/02/16 | Hearing | Business Valuation |
| Estate of Walker v. Kaplan Trucking Co., et al. | Southern District of WV | 1:15-2319 | J. Ryan Stewart | 04/19/16 | Deposition | Earning Capacity |
| Holmes v. Holmes | Kanawha Co. Family | 12-D-714 | Mark Swartz | 08/03/16 | Hearing | Business Valuation |
| Ellis v. Ellis | Kanawha Co. Family | 15-D-915 | James Douglas | 09/08/16 | Hearing | Business Valuation |
| Ratliff v. Ratliff | Gilmer Co. Family | 15-D-25 | James Douglas | 09/23/16 | Hearing | Business Valuation |
| Joseph v. Joseph | Ohio Co. Family | 11-D-370 | Jo Lynne Nugent | 02/02/16 | Deposition | Business Valuation |
| Styer v. American Electric Power Co., et al. | Meigs Co. OH Circuit | 13-CV-066 | Travis Mohler | 07/25/17 | Deposition | Economic Damages |
| Nanjundappa v. Mandapaka | Kanawha Co. Family | 16-D-72 | Charles R. Webb | 09/12/17 | Deposition | Asset Tracing |
| Bolano v. Bolano | Cabell Co. Family | 13-D-438 | Jennifer Ransbottom | 11/30/17 | Hearing | Business Valuation |
| Lawrence v. Grizzell, et al. | Cabell Co. Circuit | 11-C-757 | Travis Mohler | 08/20/18 | Trial | Economic Damages |
| Brush v. Brush | Raleigh Co. Family | 17-D-511 | Allyson Hilliard | 11/27/18 | Hearing | Business Valuation |