# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

FRANK KENNETH MILLER, JR.,

    Plaintiff,

v.                                       CIVIL ACTION NO. 2:18-cv-00269

CORBA ENTERPRISES OF UTAH, INC., et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the Order entered this day, the Court **GRANTS** Plaintiff's Motion for Default Judgment, (ECF No. 57.), and **ORDERS** compensatory damages against Defendant Cobra Enterprises of Utah, Inc. for a total of **$2,000,000.00**, with interest thereon as allowable under West Virginia law.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                   ENTER:      January 24, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE